UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTIONE HAWKINS<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JER-DON FUTRELL, LARRY CASEY, CHARLES GERMAINE, SALMARTIS OWENS, EVINN WILLIAMS, LEVESTER RILEY, and MICHAEL KEMPF,<br><br>　　　　Defendants. | Case No. 21-cv-1271-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Antione Hawkins ("Plaintiff") Motion for Leave to File Second Amended Complaint (Doc. 69).

In general, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "There is a presumption that a plaintiff should have an opportunity to test a claim on the merits," *Lee v. N.E. Ill. Reg'l Commuter R.R. Corp.*, 912 F.3d 1049, 1052 (7th Cir. 2019), so "the court should freely give leave when justice so requires," Fed. R. Civ. P. 15(a)(2). Plaintiff seeks to add new factual contentions, legal claims, and add three additional defendants, Levester Riley and Evinn Williams, for excessive use of force; and Michael Kempf for failing to protect Plaintiff from harm at the hands of the co-defendant officers. The Court finds that Plaintiff should have an opportunity to test his claim on the merits and justice so requires the amendment. Additionally, no defendants in this matter have objected to the amendment and the time for doing so has passed.

Finding that no party has objected to Plaintiff's motion, the Court **GRANTS** Plaintiff's Motion (Doc. 69). Plaintiff is **ORDERED** to file its Amended Complaint within 7 days entry of this Order.

**IT IS SO ORDERED.**
**Dated: April 13, 2023**

<u>/s/ J. Phil Gilbert</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**