IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTIONE HAWKINS,

Plaintiff,

v.

ST. CLAIR COUNTY JAIL, *et al.*,

Defendants.

Case No. 21-cv-1271 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 7/1/2024

MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**